UNITED STATES of America,
Plaintiff–Appellee,

v.

Thermon PHILLIPS, E.B. Rich, USX
Corporation a/k/a United States Steel
Corporation, Defendants–Appellants.

No. 90–7721.

United States Court of Appeals,
Eleventh Circuit.

July 12, 1995.

Albert C. Bowen, Jr., Beddow, Erben & Bowen, Tommy Nail, Birmingham, AL, for Phillips.

J. Mark White, White, Dunn & Booker, Birmingham, AL, for Rich.

William N. Clark, L. Drew Redden, Redden, Mills & Clark, Birmingham, AL, W. Thomas McGough, Jr., Leonard L. Scheinholtz, Reed, Smith, Shaw & McClay, Pittsburgh, PA, William Bittman, Reed, Smith, Shaw & McClay, Washington, DC, J. Michael Jarboe, Pittsburgh, PA, for USX.

Frank W. Donaldson, U.S. Atty., Michael V. Rasmussen, Asst. U.S. Atty., Birmingham, AL, for appellee.

Dixie L. Atwater, Ogletree, Deakins, Nash, Smoak & Stewart, Washington, DC, for amicus curiae Chamber of Commerce.

Before TJOFLAT, Chief Judge, COX, Circuit Judge, and FAY, Senior Circuit Judge.

ORDER AMENDING OPINION

The opinion published at 19 F.3d 1565 (11th Cir.1994) is amended as follows to correct a clerical error:

1. The number "1108" is deleted and is replaced with "1028" in the following sentences:

(a) the final sentence of the third paragraph on page 1583 (located on the right side of the page below the block quote portion of the paragraph);

(b) the second and third sentences of the fourth paragraph on page 1583 (located on the bottom right side of the page);

(c) the first and third sentences of the first paragraph on page 1584 (located on the left side of the page).

2. The second sentence of the first paragraph on page 1584 (located on the left side of the page) is amended to read:

Under this interpretation, sections 1131 and 1028 serve distinct purposes; the term "willfully" as used in section 1131 ensures that the act was done voluntarily and not by accident or mistake; and section 1028 provides the proper scope of defenses in accordance with the codified "prudent man" standard as determined by Congress.